UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ESCO JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VEER BABU, et al.,<br><br>　　　　　Defendants. | No. 2:24-cv-0004 AC P<br><br>ORDER AND FINDINGS & RECOMMENDATIONS |

  A recent court order was served on plaintiff's address of record and returned by the postal service.  It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change.  More than sixty-three days have passed since the court order was returned by the postal service and plaintiff has failed to notify the court of a current address.

  Accordingly, IT IS HEREBY ORDERD that the Clerk of the Court shall randomly assign a United States District Judge to this action.

  IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice for failure to prosecute.  See L.R. 183(b).

  These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

1

with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 1, 2024

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE